**THORNTON DAVIDSON**, #166487
The ERISA Law Group
2055 San Joaquin Street
Fresno, California 93721-2717
Telephone:    (559) 256-9800
Facsimile:    (559) 256-9795
e-mail:thorntondavidson@aol.com

Attorney for Plaintiff, CARRIE RIZZOTTI

UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE RIZZOTTI, | Case No. CV 08 2749 WDB |
| Plaintiff, | **PLAINTIFF'S CERTIFICATE OF** |
| v. | **INTERESTED PARTIES** |
| CENTRAL PACIFIC MORTGAGE COMPANY LONG TERM DISABILITY PLAN, | |
| Defendant. | |

        Pursuant to Civil Rule L.R. 3-16, Plaintiff certifies that the following listed persons,

associations of persons, firms, partnerships, corporations or other entities (1) have a financial interest

in the subject matter in controversy or in a party to the proceeding, or (2) have a non-financial

interest in the subject matter or in a party that could be substantially affected by the outcome of the

proceeding:

        1.    Plaintiff;

        2.    Defendant; and

        3.    Defendant's Insurer, Prudential

Dated: May 30, 2008                                    s/ Thornton Davidson
                                                        THORNTON DAVIDSON
                                                        Attorney for Plaintiff,
                                                        CARRIE RIZZOTTI

PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
1