# UNITED STATES DISTRICT COURT
for the

Northern District of California

| CARRIE RIZZOTTI | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. |
| CENTRAL PACIFIC MORTGAGE LONG TERM DIS | ) |
| Defendant | ) |

CV 08 2749 

E-filing

WDB

**Summons in a Civil Action**

To: CENTRAL PACIFIC MORTGAGE LONG TERM D
(Defendant's name)

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: JUN - 2 2008

Helen L. Almacen
Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| THORTON DAVIDSON<br>THORNTON DAVIDSON - SBN # 166487<br>2055 SAN JOAQUIN STREET<br>FRESNO, CA  93721 | (559) 256-9800 | |
| ATTORNEY FOR (NAME)   CARRIE RIZZOTTI | REFERENCE NUMBER<br>000J7437-01 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT,

SHORT NAME OF CASE
CARRIE RIZZOTTI vs. CENTRAL PACIFIC MORTGAGE

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>CV082749WDB |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:
SEE ATTACHED LIST OF DOCUMENTS;

**Name of Defendant:** CENTRAL PACIFIC MORTGAGE LONG TERM D
**Person Served:** DENA LAPORTA, NAT'L REG AGENTS
**Title:** AGENT FOR SERVICE OF PROCESS

**Date of Delivery:** 06/10/08
**Time of Delivery:** 02:20 pm

**Place of Service:** 2030 MAIN ST., STE 1030
IRVINE, CA 92614                           (Business)

**Date of Mailing:**
**Place of Mailing:** San Francisco

**Manner of Service:**
Substituted Service on the defendant by leaving copies of the documents at the defendants dwelling, house, usual place of abode, usual place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, in the presence of a competent member of the household or a person apparently in charge of his or her office, place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, at least 18 years of age who was informed of the contents thereof, and by mailing copies of the documents (By First-Class Mail, Postage Pre-Paid) to the defendant served at the place where the copies were left.

**In Compliance With:**

[X] Federal Rules of Civil Procedure

[ ] California Code of Civil Procedure

**Fee for service:** $ 84.36

---

[X] Registered: ORANGE County,
Number: 2021

Attorney's Diversified Services
741 N. Fulton Street
Fresno, CA 93728
559-233-1475
30C/000J7437-01

Client File # RIZZOTTI V CENTRAL PACIFIC

PROOF OF SERVICE

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
on: June 17, 2008
at: ORANGE, California.

Signature:
Name: PREMYSL LAPCIK
Title: REGISTERED CALIFORNIA PROCESS SERVER

LIST OF DOCUMENTS
CASE #: CV082749WDB   CASE NAME: RIZZOTTI V. CENTRAL PACIFIC

- SUMMONS IN A CIVIL ACTION
- COMPLAINT FOR DECLARATORY RELIEF
- CIVIL COVER SHEET
- PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES
- AMENDED ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
- STANDING ORDER U.S. MAGISTRATE JUDGE WAYNE D. BRAZIL
- STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA CONTENTS OF JOINT CASE MANAGEMENT STATEMENT
- NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL
- CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
- DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
- CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
- U.S. DISTRICT COURT NORTHERN CALIFORNIA ECF REGISTRATION INFORMATION HANDOUT

J7437