**THORNTON DAVIDSON**, #166487
The ERISA Law Group
2055 San Joaquin Street
Fresno, California 93721-2717
Telephone:     (559) 256-9800
Facsimile:      (559) 256-9795
e-mail:thorntondavidson@aol.com

Attorney for Plaintiff, CARRIE RIZZOTTI

UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE RIZZOTTI, ) | Case No. CV 08 2749 WDB |
| ) | |
| Plaintiff, ) | **REQUEST TO ENTER DEFAULT** |
| v. ) | |
| ) | |
| CENTRAL PACIFIC MORTGAGE ) | |
| COMPANY LONG TERM DISABILITY ) | |
| PLAN, ) | |
| ) | |
| Defendant. ) | |

TO:     THE CLERK OF THE ABOVE ENTITLED COURT

Plaintiff, Carrie Rizzotti, hereby requests that the Clerk of the above-entitled Court enter default in this matter in this matter against defendant Central Pacific Mortgage Long Term Disability Plan on the grounds that said defendant has failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure.  Plaintiff served the complaint on defendant, Central Pacific Mortgage Company Long Term Disability Plan on June 10, 2008, evidenced by the proof of service of summons on file with this Court and July 29, 2008 certified letter which was signed on

Dated: August 18, 2008                                                      s/ Thornton Davidson
                                                                                              THORNTON DAVIDSON
                                                                                              Attorney for Plaintiff,
                                                                                              CARRIE RIZZOTTI