**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**
_____

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
510.637.3530

August 22, 2008

RE:  CV 08-02749 WDB          CARRIE RIZZOTTI-v- CENTRAL PACIFIC MORTGAGE CO

Default is entered as to Defendant, Central Pacific Mortgage Company Long Term Disability Plan, on August 22, 2008.


                                        RICHARD W. WIEKING, Clerk

                                        *Cynthia J. Lenahan*
                                        byCynthia Lenahan
                                        Case Systems Administrator

NDC TR-4  Rev. 3/89